OPINION — AG — ** SOIL CONSERVATION DISTRICTS — SALE — MERCHANDISE ** PROPERTY ACQUIRED AND HELD BY A SOIL CONSERVATION DISTRICT ORGANIZED IN ACCORDANCE WITH THE SOIL CONSERVATION DISTRICTS LAW OF 1937 (2 O.S. 801 [2-801]) 'IS' EXEMPT FROM AD VALOREM TAXATION. (TAXATION, PROPERTY, REAL PROPERTY, COUNTY) CITE: 82 O.S. 1501 [82-1501], 82 O.S. 1510 [82-1510], 2 O.S. 801 [2-801], ARTICLE X, SECTION 6 (JAMES C. HARKIN)